IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for leave to file sur-response is granted.

Dated:  October 29, 2007

                                          s/ Jane Trexler, Judicial Assistant