IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC.-DENVER, et al.,

Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT NATIONAL FIRE & MARINE
INSURANCE COMPANY ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation to Dismiss Claims Against National Fire Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to defendant National Fire & Marine Insurance Company only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 29, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL