IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC. et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant TIG Insurance Company's Unopposed Motion for Leave to File First Amended Answer and Affirmative Defenses and Cross-Claim Against D.R. Horton, Inc. - Denver d/b/a/ D.R. Horton-Trimark Series (Docket No. 91) is granted, and the tendered First Amended Answer and Affirmative Defenses and Cross-Claim Against D.R. Horton (Docket No. 91, Attachment 1) is accepted for filing as of the date of this Minute Order. It is further

     ORDERED that the Plaintiff's Unopposed Motion to Amend its Complaint (Docket No. 87) is granted, and the tendered Plaintiff's Amended Declaratory Judgment Complaint (Docket No. 87, Attachment 1) is accepted for filing as of the date of this Minute Order.

Date: January 3, 2008