IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC. et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Deadlines in Scheduling Order, filed with the Court on January 17, 2008, Docket Number 111, is GRANTED as follows:

     a. The Scheduling Order entered by the court on October 2, 2007 and listed on the court's docket as Document Number 67, is VACATED;

     b. The Plaintiff is directed to serve all new parties forthwith; and,

     c. A Scheduling Conference has been set on March 25, 2008, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed amended and updated Scheduling Order pursuant to the Local Rules to include any new parties added, on or before March 19, 2008.

Date: January 18, 2008