IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC. et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

There being no responses filed to either of the following pending motions, the court deems both motions to be confessed, and hereby ORDERS that:

(1) Defendant Travelers Indemnity Insurance Company's Motion for Leave to Assert Counter and Cross Claims, Docket Number 89, filed with the Court on December 28, 2007, is GRANTED, and same is accepted for filing as of the date of this Minute Order.

(2) Defendant D.R. Horton, Inc. - Denver, American Int'l Specialty Lines Ins. Co and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Motion to Join Co-Defendants as Necessary Parties Pursuant to Federal Rule of Civil Procedure 19, Docket Number 94, filed with the Court on December 28, 2007, is GRANTED.

FURTHER, the court ORDERS that Defendant Continental Western Insurance Company's Unopposed Motion for Leave to File Answer to Trinity Universal Insurance Company of Kansas, Inc.'s Amended Complaint, Docket Number 131, filed with the Court on January 28, 2008, is GRANTED, as the motion is unopposed, and same is accepted for filing as of the date of this Minute Order.

Date: February 4, 2008