IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Employers Mutual Casualty Company's Motion to Attend Scheduling Conference by Telephone (docket no. 189) is MOOT and therefore DENIED since the Rule 16 Scheduling Conference is being continued by the court. *See* the remainder of this Minute Order.

It is FURTHER ORDERED that Defendant Twin City's Unopposed Motion to Vacate and Reset Scheduling Conference (docket no. 191) is GRANTED. The Rule 16 Scheduling Conference set on March 25, 2008, at 8:30 a.m. is VACATED and RESET to May 27, 2008, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Conference.

It is FURTHER ORDERED that Plaintiff's Joinder in Twin City's Unopposed Motion to Vacate and Reset Scheduling Conference (docket no. 193) is GRANTED. The Rule 16 Scheduling Conference set on March 25, 2008, at 8:30 a.m. is VACATED and RESET to May 27, 2008, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Conference.

It is FURTHER ORDERED that Defendant's Transcontinental Insurance Company and Valley Forge Insurance Company's Unopposed Motion for Extension of Time to Respond to D.R. Horton's Cross-Claim (docket no. 176) is GRANTED. Defendant Transcontinental Insurance Company and Valley Forge Insurance Company shall have up to and including March 26, 2008, in which to respond to D.R. Horton's Cross-Claim.

It is FURTHER ORDERED that Defendant Twin City's Unopposed Motion for Extension of Time to File Responses to Amended Complaint and Cross-Claim (docket no. 192) is GRANTED. Defendant Twin City shall have up to and including May 1, 2008, in which to file any answers or otherwise defend this lawsuit.

It is FURTHER ORDERED that the Unopposed Motion for Additional Extension of Time to Answer or Otherwise Respond to Cross-Claim Filed by D.R. Horton, Inc.-Denver d/b/a D.R. Horton- Trimark Series, American International Speciality Lines Insurance Company, and National Union Fire Insurance Company of Pittsburgh, P.A. (docket no. 196) is GRANTED. That Defendant and Cross Claim Defendant Zurich American Insurance Company shall have up to and including March 31, 2008, in which to answer or otherwise respond to Cross-Claims.

It is FURTHER ORDERED that the (1) Stipulation for Extension of Time (docket no. 168), (2) Stipulation for Extension of Time (docket no. 197) and, (3) Stipulation for Extension of Time (docket no. 200) are all APPROVED and made Orders of Court.

It is FURTHER ORDERED that **Defendant Employers Mutual Casualty Company and Defendant Twin City Fire Insurance Company** shall fully comply with D.C.COLO.LCivR 10.1 J by typing on separate lines, each of the named defendants in the caption of any future pleading, motion or other filings with this court.

Date: March 19, 2008