IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC., et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant D.R. Horton, Inc. - Denver, American Int'l Specialty Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Joinder in Twin City's Unopposed Motion to Vacate and Re-Set Scheduling Conference (Docket No. 202) is denied as moot given this court's Minute Order issued yesterday (Docket No. 204). It is further

**ORDERED** that the Motion by Defendant Indian Harbor Insurance Company to Vacate and Re-Set Scheduling Conference (Docket No. 203) is also denied as moot given this court's Minute Order issued yesterday (Docket No. 204). It is further

**ORDERED** that the Unopposed Motion for Enlargement of Time for Cross-Claim Defendant State Farm Fire & Casualty Company to Respond to the Cross-Claim of Defendant D.R. Horton Inc., Denver American International Specialty Lines Insurance Co. and National Union Fire Insurance Co. of Pittsburgh (Docket No. 207) is granted, and thus State Farm Fire & Casualty Company shall have ten days after entry of a ruling on the cross-claimants' motion to amend (Docket No. 190) to respond to the cross-claim.

Date: March 20, 2008