IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC., et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Defendant/Cross-Defendant Zurich American Insurance Company's Unopposed Motion for Clarification of the March 19, 2008 Minute Order (Docket No. 210) is granted. Accordingly, Defendant/Cross-Defendant Zurich American Insurance Company shall have up to and including ten days after entry of a ruling on the cross-claimants' motion to amend (Docket No. 190) to respond to the cross-claim.

Date: March 25, 2008