IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 07-CV-00600 WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,


Plaintiff(s),

v.

D.R. HORTON, INC.--DENVER D/B/A D.R. HORTON--TRIMARK SERIES,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA, TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NEW HAMPSHIRE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
MARYLAND CASUALTY COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,
UNITED STATES FIDELITY & GUARANTY COMPANY,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY,
UNION INSURANCE COMPANY,
INTERSTATE FIRE & CASUALTY COMPANY,
UNITED SECURITY INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
LANDMARK AMERICAN INSURANCE COMPANY,
AMERICAN STATES INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
ROYAL INDEMNITY COMPANY,

GENERAL ACCIDENT INSURANCE COMPANY,
FIREMAN'S FUND INSURANCE COMPANY,
CAPITOL INDEMNITY CORPORATION,
HAWKEYE-SECURITY INSURANCE COMPANY,
MID-CENTURY INSURANCE COMPANY,
MERICAN & FOREIGN INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA,
LANDMARK INSURANCE COMPANY,
NAUTILUS INSURANCE COMPANY,
A.A.A. WATERPROOFING, INC.,
ARK CONSTRUCTION SERVICES, INC.,
B&D FOUNDATIONS, INC.,
BEMAS CONSTRUCTION, INC.,
BISCHOF & COFFMAN CONCRETE, LLC,
BISCHOF & COFFMAN CONSTRUCTION, LLC,
C&C SEAMLESS GUTTER COMPANY,
CONCRETE MANAGEMENT CORPORATION,
D&S LANDSCAPING, LLC
DIBO EXCAVATING, INC.,
DOVE CREEK ENTERPRISES, INC.,
FRANK'S FINISH GRADING, INC.,
FRONTIER WATERPROOFING, INC.
J&K PIPELINE, INC.,
JEBCO HEATING & AIR CONDITIONING, INC.,
JM HARRISON MASONRY,
JOHNSON DIVERSIFIED, INC.,
JONES PLUMBING & HEATING, LLC,
KIEWIT WESTERN COMPANY CORPORATION,
KIOWA CREEK CONSTRUCTION, INC.,
LEVEL MASONRY, INC.,
LINFORD BROTHERS GLASS COMPANY,
METROPOLITAN INSULATION SUPPLY COMPANY, INC. D/B/A METRO SKYLINE INSULATION CORPORATION,
PATTONY EXCAVATING, INC.,
RC'S CONCRETE CORPORATION A/K/A MENDEZ CONCRETE & FOUNDATIONS,
R.G. INSULATION COMPANY,
SNOW'S CONCRETE FORMING, INC.,
SPECIALIST PAINT, SPRIGG CONSTRUCTION, INC.,
T&K PAINTING, INC.,
THE COOLER COMPANY, INC.,
THOMCO DRYWALL ENTERPRISES, INC., AND
Y-C CONCRETE OPTIONS, INC.,

Defendant(s).

## ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

THE COURT, having reviewed Plaintiff's Amended Motion to Dismiss Certain Defendants Without Prejudice, any responses or replies, and being fully advised in the premises, finds and Orders as follows:

1. Plaintiff's Amended Motion to Dismiss Certain Defendants Without Prejudice is hereby GRANTED. The following Defendants are hereby dismissed without prejudice, with each party to pay its own costs and fees:

### Subcontractors

AAA Waterproofing, Inc.

Ark Construction Services, Inc.

B&D Foundations, Inc.

Bemas Construction, Inc.

Bischof & Coffman Concrete, LLC

Bischof & Coffman Construction, LLC

C&C Seamless Gutter Company

Concrete Management Corporation

D&S Landscaping, LLC

Dibo Excavating, Inc.

Dove Creek Enterprises, Inc.

Frank's Fine Finish Grading, Inc.

Frontier Waterproofing, Inc.

J&K Pipeline, Inc.

Jebco Heating & Air Conditioning, Inc.

JM Harrison Masonry

Johnson Diversified, Inc.

Jones Plumbing & Heating, LLC

Kiewit Western Company Corporation

Kiowa Creek Construction, Inc.

Level Masonry, Inc.

Linford Brothers Glass Company

Metropolitan Insulation Supply, Inc. d/b/a Metro Skyline Insulation Corporation

Pattony Excavating, Inc.

RC's Concrete Corp. a/k/a Mendez Concrete & Foundations

R.G. Insulation Company

Snow's Concrete Forming

Specialist Paint

Sprigg Construction

T&K Painting, Inc.

The Cooler Company, Inc.

Thomco Drywall Enterprises, Inc.

Y-C Concrete Options, Inc.

**Insurance Carriers**

Union Insurance Company

Interstate Fire and Casualty Company

Landmark American Insurance Company

Nautilus Insurance Company

American States Insurance Company

Allied Property and Casualty Insurance Company

Capitol Indemnity Corporation


2. On or before May 5, 2008, Plaintiff shall file a status report with caption listing only those Defendants remaining as parties and advise the court which Defendants have been served process or waived service of process.

DATED at Denver, Colorado, on April 21, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL