IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC., et al.,

Defendants.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants D.R. Horton, Inc. - Denver, American Int'l Specialty Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Motion to Clarify Court's Order in Response to Motion for Leave to Amend Pleadings (Docket No. 265) is **granted**, and thus this court's "Order Regarding D.R. Horton, Inc. - Denver, American Int'l Speciality [sic] Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Motion for Leave to Amend the Pleadings Pursuant to Federal Rule of Civil Procedure 15 (Docket No. 190)" **(Docket No. 255)** is amended as follows:

(1) The tendered D.R. Horton, Inc. - Denver, American Int'l Specialty Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Amended Counterclaim Against Plaintiff Trinity Universal Ins. Co. of Kansas, Inc. (Docket No. 265-2), is accepted for filing as of the date of this Minute Order, and

(2) The tendered Defendant's D.R. Horton, Inc. - Denver, American Int'l Specialty Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Amended Cross-Claim Against Joined Co-Defendants St. Paul Fire & Marine Ins. Co., Mountain States Mutual Casualty Co., State Farm Fire & Casualty Co., Zurich American Ins. Group, Indian Harbor Ins. Co., Transcontinental Ins. Co., Valley Forge Ins. Co., Mid-Century Ins. Co. (Docket No. 265-3) is accepted for filing as of the date of this Minute Order.

It is further **ORDERED** that this court's "Order Regarding D.R. Horton, Inc. - Denver, American Int'l Speciality [sic] Lines Ins. Co. and National Union Fire Ins. Co. of Pittsburgh, Pennsylvania's Motion for Leave to Amend the Pleadings Pursuant to Federal Rule of Civil Procedure 15 (Docket No. 190)" **(Docket No. 255)** is also amended as follows to correct a typographical error.  Enumerated paragraph 6 on page 2 of the order (Docket No. 255) is hereby deleted and replaced with the following paragraph:

> 6. That on January 18, 2008, this court entered a minute order (docket no. 15) vacating the deadlines in the Rule 16 Scheduling Order (docket no. 67) and setting a new Rule 16 Scheduling Conference for March 25, 2008, at 8:30 a.m.  That on March 19, 2008, this court issued a minute order (docket no. 204) which, *inter alia*, vacated and reset the March 25, 2008, Rule 16 conference to May 27, 2008, at 10:00 a.m.;

Date:  April 22, 2008