# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-CV-00600 WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC.–DENVER D/B/A D.R. HORTON–TRIMARK SERIES,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NEW HAMPSHIRE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
MARYLAND CASUALTY COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALTIES LONDON LIMITED,
UNITED STATES FIDELITY & GUARANTY COMPANY,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
TRUCK INSURANCE EXCHANGE,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
ROYAL INDEMNITY COMPANY,
GENERAL ACCIDENT INSURANCE COMPANY,

FIREMAN'S FUND INSURANCE COMPANY,
HAWKEYE-SECURITY INSURANCE COMPANY,
MID-CENTURY INSURANCE COMPANY,
AMERICAN & FOREIGN INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF AMERICA,
LANDMARK INSURANCE COMPANY,

    Defendants.

---

## ORDER RE: UNOPPOSED JOINT MOTION TO ATTEND
## SCHEDULING CONFERENCE BY TELEPHONE
( Docket No 305 )

---

THIS COURT, having read Defendant Employers Mutual Casualty Company's and Defendant Continental Western Insurance Company's Unopposed Joint Motion to Attend Scheduling Conference by Telephone, having reviewed the file, and being fully advised of the premises, hereby

ORDERS that the Unopposed Joint Motion to Attend Scheduling Conference by Telephone is hereby GRANTED. Counsel for Defendant Employers Mutual Casualty Company and counsel for Defendant Continental Western Insurance Company may attend the Scheduling Conference set for May 27, 2008, at 10:00 a.m. by telephone, by calling 303-844-2403 [phone number].

Done this 8TH day of May, 2008.

BY THE COURT:

/s/ Michael J. Watanabe
~~Judge Walker D. Miller~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO