IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC., –DENVER D/B/A D.R. HORTON –TRIMARK SERIES, ET AL.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant TIG Insurance Company's Unopposed Motion for Leave to File First Amended Cross-Claim Against D.R. Horton, Inc. - Denver D/B/A D.R. Horton - Trimark Series (Docket No. 376) is **granted**, and the tendered Defendant TIG Insurance Company's First Amended Cross-Claim Against D.R. Horton, Inc. - Denver D/B/A/ D.R. Horton - Trimark Series (Docket No. 376-2) is accepted for filing as of the date of this Minute Order.

Date: June 3, 2008