IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00600-WDM-MJW

TRIITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC., et al.,

Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

The court construes Plaintiff's Second Voluntary Motion to Dismiss Certain Defendants in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice as to General Accident Insurance Company and Hawkeye-Security Insurance Company, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 4, 2008

BY THE COURT:


s/ Walker D. Miller
United States District Judge