IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC. *et al.*,

    Defendants.

## NOTICE OF INTENT TO APPOINT SPECIAL MASTER

Miller, J.

    This case is a declaratory judgment case regarding insurance coverage of a general contractor by subcontractors' insurance companies. The case currently has thirty-four defendants. Of those thirty-four, six have filed counter claims and nine have filed cross claims. There are thirty-two cross defendants. The number of parties in this case and the existence of numerous cross claims and counter claims cause this case to be uncommonly complicated and time-consuming. I conclude that the case "cannot be effectively and timely addressed" by myself or Magistrate Judge Michael J. Watanabe. *See* Fed. R. Civ. P. 53(a)(1)(C).

    Therefore, the parties are hereby notified in accordance with Federal Rule of Civil Procedure 53(b) of my intent to appoint a special master to handle all pretrial issues including recommendations on dispositive motions. Absent agreement of the parties, compensation for any special master would be allocated between the parties in

accordance with the guidelines set forth in Rule 53(g). It is anticipated that the hourly rates charged by a master would range from $250 to $325 per hour. All proceedings would be governed by the Federal Rule of Civil Procedure, Federal Rules of Evidence and this court's Local Rules.

I suggest the following retired judges be considered for appointment:

Former U.S. Magistrate Judge Donald E. Abram
Former Justice on the Colorado Supreme Court Howard M. Kirshbaum
Former Chief Judge for the 18th Judicial District John P. Leopold

Any objections, proposals, or suggestions concerning the appointment of a special master shall be filed on or before Friday, July 18, 2008.

DATED at Denver, Colorado, on July 3, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge