IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC. et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Motion for Leave to Amend its Amended Declaratory Judgment Complaint by Interlineation (Docket No. 411), to which no response was filed, is granted. The tendered Plaintiff's Amended Declaratory Judgment Complaint by Interlineation (Docket no. 411-2) is accepted for filing as of the date of this Minute Order. Only defendants National Fire and Valley Forge need respond to the amended pleading.

Date: July 21, 2008