IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC. et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant St. Paul Fire and Marine Insurance Company's Unopposed Motion to Assert Counterclaims Against Plaintiff (Docket No. 449) is granted, and the tendered Defendant St. Paul Fire and Marine Insurance Company's Counterclaim Against Plaintiff (Docket No. 449-2) is accepted for filing as of the date of this Minute Order.

Date: July 23, 2008