IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 07-CV-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiff,

v.

D.R. HORTON, INC.--DENVER D/B/A D.R. HORTON--TRIMARK SERIES,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY, CONTINENTAL WESTERN INSURANCE COMPANY, EMPLOYERS MUTUAL CASUALTY COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NEW HAMPSHIRE INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ASSURANCE COMPANY OF AMERICA,
MARYLAND CASUALTY COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,
UNITED STATES FIDELITY & GUARANTY COMPANY,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
OHIO CASUALTY INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
TRUCK INSURANCE EXCHANGE,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
ROYAL INDEMNITY COMPANY,
FIREMAN'S FUND INSURANCE COMPANY,
MID-CENTURY INSURANCE COMPANY,
AMERICAN & FOREIGN INSURANCE COMPANY,

ROYAL INSURANCE COMPANY OF AMERICA,
LANDMARK INSURANCE COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
VALLEY FORGE INSURANCE COMPANY

Defendants.

## ORDER GRANTING PLAINTIFF'S THIRD VOLUNTARY MOTION TO DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

THE COURT, having reviewed the Plaintiff's Third Voluntary motion to Dismiss Certain Defendants Without Prejudice any responses or replies, and being fully advised in the premises, the Court finds and Orders as follows:

Plaintiff's Third Voluntary Motion to Dismiss Certain Defendants Without Prejudice is GRANTED. The following parties are dismissed without prejudice with each party to pay its own fees and costs:

- Ohio Casualty Insurance Company
- Royal Indemnity Company
- Royal Insurance Company of America
- Fireman's Fund Insurance Company
- American and Foreign Insurance Company
- New Hampshire Insurance Company
- Landmark Insurance Company

- National Union Fire Insurance Company of Pittsburgh, Pennsylvania (only with regard to insurance policies it issued to a named insured other than D.R. Horton)

Dated this 23rd day of July, 2008.

BY THE COURT:

United States District Court Judge