IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 07-CV-00600 WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC.--DENVER D/B/A D.R. HORTON--TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,

    Defendants.

**ORDER GRANTING DEFENDANTS/CROSS-CLAIMANTS TRAVELERS INDEMNITY INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY AND UNITED STATES FIDELITY & GUARANTY COMPANY'S VOLUNTARY MOTION TO DISMISS CERTAIN CROSS-DEFENDANTS WITHOUT PREJUDICE**

The Court, having reviewed Defendants/Cross-Claimants Travelers Indemnity Insurance Company, St. Paul Fire & Marine Insurance Company and United States Fidelity & Guaranty Company's Voluntary Motion to Dismiss Certain Cross-Defendants Without Prejudice any responses or replies, and being fully advised in the premises, the court finds and orders as follows:

Defendants/Cross-Claimants' Voluntary Motion to Dismiss Certain Cross-Defendants Without Prejudice is granted. The following parties are dismissed without prejudice with each party to pay its own fees and costs: Landmark Insurance Company, New Hampshire Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA (National Union) except for policies involving D.R. Horton, Inc. (Horton). National Union remains a party with respect to policies issued directly to Horton.

DATED at Denver, Colorado, on August 12, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL