IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 07-CV-00600 WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC.--DENVER D/B/A D.R. HORTON--TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,

    Defendants.

## ORDER GRANTING CROSS-CLAIMANTS' MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CROSS-DEFENDANTS WITHOUT PREJUDICE

The Court, having reviewed and considered cross-claimants Valley Forge Insurance Company and National Fire Insurance Company of Hartford's Motion for Voluntary Dismissal of Certain Cross-Defendants from their cross-claim on file herein, orders as follows:

Valley Forge Insurance Company's and National Fire Insurance Company of Hartford's Motion for Voluntary Dismissal of Certain Cross-Defendants is GRANTED. The following parties are dismissed, without prejudice, from Valley Forge Insurance Company's and National Fire Insurance Company of Hartford's cross-claim: New Hampshire Insurance Company; Landmark Insurance Company; and National Union Fire Insurance Company of Pittsburgh, PA (National Union) except for policies issued directly to D.R. Horton, Inc. (Horton) National Union remains a party with respect to policies issued directly to Horton.

DATED at Denver, Colorado, on August 12, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge