IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 07-CV-00600 WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC.--DENVER D/B/A D.R. HORTON--TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,

    Defendants.

_____

**ORDER GRANTING DEFENDANT CROSS-CLAIMANT EMPLOYERS MUTUAL CASUALTY COMPANY'S VOLUNTARY MOTION TO DISMISS OF CERTAIN CROSS-DEFENDANTS WITHOUT PREJUDICE**
_____

The Court, having reviewed Defendant/Cross-Claimant Employers Mutual Casualty Company's Voluntary Motion to Dismiss Certain Cross-Defendants Without Prejudice any responses or replies, and being fully advised in the premises, the court finds and orders as follows:

Defendant/Cross-Claimant's Voluntary Motion to Dismiss Certain Cross-Defendants Without Prejudice is granted. As to Defendant Mutual Casualty Company's cross-claims, the following parties shall be dismissed without prejudice with each party to pay its own fees and costs: National Union Fire Insurance Company of Pittsburgh, PA, Landmark Insurance Company and New Hampshire Insurance Company.

DATED at Denver, Colorado, on August 13, 2008.

              BY THE COURT:


              s/ Walker D. Miller
              United States District Judge

PDF FINAL