IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-WDM-MJW

TRINITY UNIVERSAL INSURANCE COMPANY of KANSAS, INC.,

       Plaintiff,

v.

D.R. HORTON, INC.- DENVER D/B/A D.R. HORTON- TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICAN,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALTIES LONDON LIMITED,

       Defendants.

## ORDER - DISCOVERY MOTIONS

It is hereby ORDERED:

1. Trinity Universal Insurance Company of Kansas, Inc.'s re: [550] Stipulation for Extension of Time to Respond to D. R. Horton and D. R. Horton's Insurers' Uniform Discovery Requests is granted.

2. American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and D. R. Horton's re: [552] Motion for Joinder is granted.

3. American Specialty lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and D. R. Horton, Inc.'s re:[557] Stipulation for Extension of Time to Respond to Subcontractor Insurer' Written Discovery is granted.

4. Continental Western Insurance Company's re:[551] Motion for Extension for Time to Respond is granted.

5. American International Specialty Lines Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and D. R. Horton's re:[557] Stipulation for Extension to time to Respond to Subcontractor Insurers' Written Discovery is granted.

6. Henry A. Sand's re:[558] Motion to Withdraw is granted.

7. Continental Western Insurance Company's re: [571] Motion for Extension of Time to Respond to Discovery is Granted.

DATED at Greenwood Village, Colorado September 12, 2008.

                                                BY THE COURT

                                                Donald E. Abram, Special Master