IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01419-ZLW-BNB

EMILY BARRY,

    Plaintiff,

v.

EASTERN ASSET MANAGEMENT, LLC,

    Defendant.

---

## ORDER

---

By agreement of the attorneys for Plaintiff and Defendant, it is

ORDERED that the deadline for filing settlement papers in this case is extended to October 13, 2008. If by that date settlement papers have not been received by the Court, on October 20, 2008, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __17th__ day of September, 2008.

                        BY THE COURT:

                        *Zita L. Weinshienk*

                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court