IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

PROCEEDING BEFORE SPECIAL MASTER DONALD E. ABRAM

COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Adrienne Whitlow

Date: September 25, 2008
Time: one hour and 22 minutes

---

**CASE NO. 07-cv-000600-WDM**

Parties

**TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,**

Plaintiff (s),

vs.

**D.R. HORTON, INC,, DENVER, doing business as D.R. HORTON-TRIMARK SERIES, et al,**

Defendant (s).

Counsel

Richard Angel
Derek Blass

Marisa Ala
Melissa Shisler
Vincent Tomkiewicz
Suzanne Meintzer
John Lebsack
Laura Schneider
Jane Young
Kevin Amatuzio
Joshua Bugos
Marc Levy
Priscilla Zahner
Michelle Mitchell
William Stanton
Katherine Eubank
Robert Evans
Lisa Mickley
Janet Martin
Amber Ju

## STATUS CONFERENCE

**1:33 p.m.** **COURT IN SESSION**

APPEARANCES OF COUNSEL.

Comments by Special Master Donald E. Abram, including his procedures for filing motions and his expectations.

Discussion regarding the status of discovery, pending motions what motions can be decided on the brief and what motions will require oral argument.

**ORDERED:** Plaintiff's Unopposed Motion for Extension of Time to File Response/Reply (Doc #545), filed 8/22/08 is **GRANTED.**

**ORDERED:** Defendant New Hampshire Insurance Company's Motion to Withdraw (Doc #562), filed 9/4/08 is **GRANTED.**

**ORDERED:** Plaintiff's Motion for Joinder (Doc #575), filed 9/8/08 is **GRANTED.** Deadline for filing any joinder motions is **October 20, 2008.**

**ORDERED:** Defendants Mid-Century Insurance and Truck Insurance Exchange's Motion to Amend/Correct/Modify (Doc #584), filed 9/10/08 is **GRANTED.**

**ORDERED:** Defendant Twin City Fire Insurance Company's Motion for Extension of Time to Submit Check to Registry of Court Per Order Appointing Special Master (Doc #585), filed 9/10/08 is **GRANTED** to **October 12, 2008.**

**ORDERED:** Defendant Employers Mutual Casualty Company's Motion for Joinder (Doc #597), filed 9/12/08 is **GRANTED.**

Page Three
07-cv-00600-WDM
September 25, 2008

**ORDERED:** Defendant American Family Mutual Insurance Company's Unopposed Motion for Extension of Time to File Response/Reply (Doc #630), filed 9/22/08 is **GRANTED.**

**ORDERED:** Oral argument on motions will be held on **October 29, 2008 at 1:00 p.m.** and continued on **November 12, 2008 at 9:00 a.m.** if necessary. Court will designate which motions will be argued.

**ORDERED:** Counsel shall provide the Special Master with a list of the motion numbers and response numbers to those motions to be argued **10 days** prior to oral argument.

**ORDERED:** Counsel shall prepared a chart reflecting the complaints and the defendants' cross complaints.

Ms. Ala requests direction regarding depositions scheduled the week of oral argument and whether to proceed.

**ORDERED:** Scheduled depositions shall proceed as scheduled.

**2:55 p.m.**     **COURT IN RECESS**

**Total in court time:**     **82 minutes**

**Hearing concluded**