IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Proceeding Before Special Master Donald E. Abram**

Nel Steffens, Deputy Clerk  Date: November 19, 2008
Adrienne Whitlow, Court Reporter

Civil Action No. 07–cv–00600–PAB

| *Parties:* | *Counsel:* |
|---|---|
| TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC., | Richard Angell |
| Plaintiff, | |
| v. | |
| D.R. HORTON, INC., DENVER, d/b/a D.R. Horton-Trimark Series; | Marisa Ala |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY; | Kathleen Chaney and Amber Ju |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; | Marisa Ala |
| ASSURANCE COMPANY OF AMERICA, | Jane Young and Katherine Kelley |
| CONTINENTAL WESTERN INSURANCE COMPANY; | Melissa Shisler and Vincent Tomkiewicz |
| EMPLOYERS MUTUAL CASUALTY COMPANY; | Robert Evans |
| FULCRUM INSURANCE COMPANY, n/k/a General Security Indemnity Company of Arizona; | Not present |
| INDIAN HARBOR INSURANCE COMPANY; | John Lebsack |
| LIBERTY MUTUAL INSURANCE COMPANY; | Joshua Bugos and Brian Spano |
| MARYLAND CASUALTY COMPANY; | Jane Young and Katherine Kelley |
| MID-CENTURY INSURANCE COMPANY; | Heather Hackett and Priscilla Zahner |

| | |
|---|---|
| MOUNTAIN STATES MUTUAL CASUALTY COMPANY; | Melissa Ogburn |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD; | Cathleen Heintz |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA; | Marisa Ala |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY; | Laura Schneider |
| STATE FARM FIRE & CASUALTY COMPANY; | William Stanton |
| TIG INSURANCE COMPANY; | |
| TRAVELERS INDEMNITY INSURANCE COMPANY; | Laura Schneider |
| TRUCK INSURANCE EXCHANGE; | Heather Hackett and Priscilla Zahner |
| UNITED SECURITY INSURANCE COMPANY; | Eric Strobel |
| UNITED STATES FIDELITY & GUARANTY COMPANY; | Laura Schneider |
| VALLEY FORGE INSURANCE COMPANY; | Cathleen Heintz |
| ZURICH AMERICAN INSURANCE COMPANY; and | Jane Young and Katherine Kelley |
| ZURICH SPECIALTIES LONDON LIMITED; | Jane Young and Katherine Kelley |

  Defendants.

---

## COURTROOM MINUTES

---

**Motions Hearing held in Courtroom A501**

**9:09 a.m.** Court in session.

Court calls case and appearances. Mr. Tomkiewicz appears by telephone.

| | | |
|---|---|---|
| **ORDERED:** | **1.** | **Defendant Continental Western Insurance Company's Unopposed Motion to Appear at Motions Hearing by Telephone (#705, filed November 17, 2008) is GRANTED.** |
| **ORDERED:** | **2.** | **Defendant Continental Western Insurance Company's Motion to Clarify (#710, filed November 17, 2008) is GRANTED.** |
| **ORDERED:** | **3.** | **Defendant Mountain States Mutual Casualty Co.'s (1) Motion for Summary Judgment; (2) Motion to Join Motion for Summary Judgment of Maryland Casualty Company; and (3) Memorandum in Support (#671, filed October 20, 2008) is deemed WITHDRAWN per Defendant Mountain States Mutual Casualty Company's Notice of Withdrawal of its Motion for Summary Judgment (#671) (#704, filed November 17, 2008).** |
| **ORDERED:** | **4.** | **Plaintiff's Request for Modification of Allocation of Payment Into Registry of the Court for Expense of the Master (#569, filed September 5, 2008) is DENIED.** |

Discussion regarding discovery.

| | |
|---|---|
| 9:23 a.m. | Argument by Mr. Evans regarding Defendant Employers Mutual Casualty Company's Motion for Summary Judgment (#553, filed August 28, 2008). |
| 9:33 a.m. | Response by Mr. Angell. |
| 9:36 a.m. | Response by Ms. Schneider. |
| 9:40 a.m. | Further argument by Mr. Evans. |
| 9:43 a.m. | Argument by Ms. Young regarding Maryland Casualty Company's Motion for Summary Judgment (#351, filed May 22, 2008). |
| 9:50 a.m. | On behalf of Continental Western Insurance Company, Ms. Shisler orally moves for additional time to file documents. |
| **ORDERED:** | **5.** **Continental Western Insurance Company shall have until December 3, 2008, to file documents as requested in its Motion to Clarify, #710. Any replies/responses are due ten days from the date of Continental's filing.** |

| | |
|---|---|
| **10:02 a.m.** | Argument by Mr. Strobel regarding Defendant United Security Insurance Company's Motion to Join Maryland Casualty Company's Motion for Summary Judgment (#687, filed November 4, 2008). |
| **10:09 a.m.** | Argument by Mr. Spano regarding Defendant Liberty Mutual Insurance Company's Motion For Summary Judgment with Respect to "Ongoing Operations" (#690, filed November 4, 2008). |
| **10:16 a.m.** | Argument by Ms. Chaney regarding American Family's Motion for Summary Judgment (#691, filed November 4, 2008). |
| **10:25 a.m.** | Argument by Ms. Hackett regarding Mid-Century Insurance Company's Motion for Summary Judgment Re Ongoing Operations (#688, filed November 4, 2008) and Truck Insurance Exchange's Motion for Summary Judgment Re Ongoing Operations (#689, filed November 4, 2008). |
| **10:27 a.m.** | Response by Mr. Angell to arguments regarding motions for summary judgment. Colloquy between court and Mr. Angell and continued response by Mr. Angell. |
| **10:52 a.m.** | Response by Ms. Schneider. |
| **11:26 a.m.** | Court in recess. |
| **11:36 a.m.** | Court in session. |

Discussion regarding Traveler's cross claim against Liberty Mutual.

**ORDERED:  6.  Deadline for Traveler's decision regarding Liberty Mutual is December 3, 2008.**

| | |
|---|---|
| **11:37 a.m.** | Response and argument by Ms. Young. |
| **11:46 a.m.** | Response and argument by Mr. Evans. |
| **11:49 a.m.** | Response and argument by Mr. Strobel. |
| **11:59 a.m.** | Mr. Spano requests December 3, 2008, deadline regarding other cross claimants. |

**ORDERED:  7.  All parties shall have until December 3, 2008, to decide whether they wish to maintain cross claims.**

| | |
|---|---|
| **12:00 p.m.** | Argument by Ms. Chaney regarding standing. |

**12:04 p.m.** Argument by Mr. Tomkiewicz regarding standing.

**12:08 p.m.** Argument by Ms. Hackett.

**12:10 p.m.** Argument by Mr. Angell.

**12:19 p.m.** Argument by Ms. Schneider.

Discussion regarding occupancy.

**12:26 p.m.** Court in recess.

Hearing concluded.

Total time in court: 03:07