IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00600-PAB

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC. DENVER, et al.,

    Defendants.
_____

**ORDER DIRECTING CLERK TO PAY SPECIAL MASTER INVOICE**
_____

    This matter is before me on the November 14, 2008 invoice of Special Master Donald E. Abram [Docket No. 713 filed November 18, 2008]. No objections have been filed. In accordance with the Order Appointing Master [Docket No. 547], the Clerk of this Court is ordered to pay Special Master Donald E. Abram $5,757.90 from principal deposited in the Registry of this Court.

    DATED this 4th day of December, 2008.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge