IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-PAB-MJW

TRINITY UNIVERSAL INSURANCE COMPANY of KANSAS, INC.,


        Plaintiff,

v.

D.R. HORTON, INC.- DENVER D/B/A D.R. HORTON- TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICAN,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALTIES LONDON LIMITED,

        Defendants.

# ORDER [DOC. 455]

Trinity Universal Insurance Company of Kansas (Trinity) filed a Motion to Bifurcate the Issue of Allocation From Claims Alleging Violation of the Colorado Consumer Protection Act and Bad Faith Breach of Insurance Contract [Doc. 455]. The Special Master has recommended that the Fifth Claim for Relief for a violation of the Colorado Consumer Protection Act (CCPA) be dismissed for failure to state a claim. If approved by the Court, the Motion is moot as to the CCPA.

The issues raised by D.R. Horton, Inc and its insurers in the Fourth Claim for Relief - Breach of Insurance Contract in Violation of the Duty of Good Faith and Fair Dealing [Doc. 190-4] contain the same basic facts which will have to be established in the Second and Third Claims for Relief. The issue is not clearly separable and would not save time and money in the defense of the Cross-claim. *Angelo v. Armstrong World Indus. Inc.,* 11 F.3d 957 (10th Cir. 1993) is not applicable.

**IT IS ORDERED** that the Motion to Bifurcate [Doc.455]is denied.

Done this 9th day of December 2008.

                                            **BY THE COURT**

                                            /s/ Donald E. Abram
                                            Special Master