IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-PAB-MJW

TRINITY UNIVERSAL INSURANCE COMPANY of KANSAS, INC.,

       Plaintiff,

v.

D.R. HORTON, INC.- DENVER D/B/A D.R. HORTON- TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICAN,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALTIES LONDON LIMITED,

       Defendants.

## ORDER - SETTLEMENT CONFERENCE

**IT IS ORDERED** that a Settlement Conference is set commencing at 9:00 AM on January 5, 2009 and continuing to January 6, 2009 , if needed, in Courtroom A501 , Alfred A Arraj Courthouse, Denver, Colorado for the following parties:

D.R. Horton, Inc, D.R. Horton Insurers; Trinity Universal Insurance company of Kansas, Inc., Indian Harbor Insurance Company; Mountain States Mutual Casualty Company; National Fire Insurance Company of Hartford; St. Paul Fire and Casualty Company; State Farm Fire & Casualty Company; TIG Insurance Company; Travelers Indemnity Insurance Company; Valley Forge Insurance Company and Zurich American Insurance Company.

Each party shall be present with counsel and a representative of the company who has full authority to settle. The representative shall be personally present. Each party shall submit to the Special Master a confidential statement setting forth a short statement of its settlement authority and facts supporting it's position by e-mail to the Special Master at deabe35@comcast.net. Trinity and D.R. Horton shall be prepared to submit the first proposal for settlement and the their basis for the allocation of expenses.

Done this 23rd day of December, 2008.

BY THE COURT

/s/ Donald E. Abram

Special Master