IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00600-PAB

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC. DENVER, et al.,

    Defendants.
_____

**ORDER DIRECTING CLERK TO PAY SPECIAL MASTER INVOICE**
_____

    This matter is before me on the December 15, 2008 invoice of Special Master Donald E. Abram [Docket No. 737 filed December 15, 2008]. No objections have been filed. In accordance with the Order Appointing Master [Docket No. 547], the Clerk of this Court is ordered to pay Special Master Donald E. Abram $7,648.75 from principal deposited in the Registry of this Court.

    DATED December 29, 2008.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge