IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600 PAB-MJW

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

Plaintiffs,
v.

D.R. HORTON, INC.–-DENVER D/B/A D.R. HORTON—TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY
    N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,
Defendants.

_____

**RECOMMENDATION FOR AN ORDER GRANTING UNOPPOSED, STIPULATED MOTION TO DISMISS CROSSCLAIMS WITH PREJUDICE**

_____

THIS MATTER comes before the Court on the Unopposed, Stipulated Motion of Defendants Travelers Indemnity Insurance Company, St. Paul Fire & Marine Insurance Company, and United States Fidelity & Guaranty Company, and Defendant General Security Indemnity Company of Arizona, for the dismissal with prejudice of the Travelers Entities' Crossclaims against General Security.

The Master has reviewed the Motion, and considered its file and applicable law, and finds and concludes that the Motion should be granted. Therefore, it is the recommended disposition of the Master that the United States District Court Judge dismiss all Crossclaims brought by Defendants Travelers Indemnity Insurance Company, St. Paul Fire & Marine Insurance Company, and United States Fidelity & Guaranty Company, against Defendant General Security Indemnity Company of Arizona, with prejudice, all parties to pay their own respective attorneys' fees and costs incurred with respect thereto.

Done and signed this 29TH day of December, 2008.

/s/ Donald E. Abram

Special Master