IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-PAB-MJW

TRINITY UNIVERSAL INSURANCE COMPANY of KANSAS, INC.,


       Plaintiff,

v.

D.R. HORTON, INC.- DENVER D/B/A D.R. HORTON- TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICAN,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALTIES LONDON LIMITED,

       Defendants.

**RECOMMENDATION TO GRANT STIPULATED MOTION TO DISMISS LIBERTY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE [DOC. 712] AND DISMISS LIBERTY MUTUAL INSURANCE COMPANY MOTION FOR SUMMARY JUDGMENT [DOC. 690] AS MOOT.**

On November 4, 2008, Liberty Mutual Insurance Company filed a Motion for Summary Judgment with Respect to "Ongoing Operations". [Doc. 690]. It filed a Supplement in Support of Its Motion for Summary Judgment on November 11, 2008. [Doc. 693]. Trinity Universal Insurance Company of Kansas, Inc., plaintiff, filed a Stipulated Motion to Dismiss Liberty Mutual without Prejudice [Doc. 712] on November 17, 2008.

**It is recommended** that the Stipulated Motion to Dismiss without Prejudice [Doc. 712] be granted and the attached Order to the Motion be entered by the Court.

**It is further recommended** that after entry of the above order, the Liberty Mutual Insurance Company Motion for Summary Judgment [Doc. 690]be dismissed at being moot.

Done this 28th Day of January, 2009.

BY THE COURT

/s/ Donald E. Abram

Special Master