# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00600-PAB-MJW

TRINITY UNIVERSAL INSURANCE COMPANY of KANSAS, INC.,

      Plaintiff,

v.

D.R. HORTON, INC.- DENVER D/B/A D.R. HORTON- TRIMARK SERIES,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICAN,
CONTINENTAL WESTERN INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY N/K/A GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,
INDIAN HARBOR INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
MARYLAND CASUALTY COMPANY,
MID-CENTURY INSURANCE COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY,
TIG INSURANCE COMPANY,
TRAVELERS INDEMNITY INSURANCE COMPANY,
TRUCK INSURANCE EXCHANGE,
TWIN CITY FIRE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
UNITED STATES FIDELITY & GUARANTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALTIES LONDON LIMITED,

      Defendants.

---

**RECOMMENDATION THAT UNOPPOSED, STIPULATED MOTION TO
DISMISS CROSS-CLAIMS WITH PREJUDICE BE GRANTED**

---

On November 28, 2008 a Recommendation of Special Master to Grant Motion for Summary was entered [Doc. 716]. It recommended that Judgment enter in favor of General Security Indemnity Company of Arizona (GSINDA). No objections have been filed to the recommendation.

Travelers Indemnity Insurance Company, St. Paul Fire & Marine Insurance Company, and United States Fidelity & Guaranty Company (collectively referred to as "The Traveler Entities") and General Security Indemnity Company of Arizona (GSINDA) have entered into a stipulation to dismiss with prejudice the cross-claims of the Traveler Entities against GSINDA.[Doc. 740].

**It is recommended** that the Stipulated Motion to Dismiss Cross-Claims with Prejudice by granted.

Done this 27ᵗʰ day of January, 2009.


BY THE COURT


/s/ Donald E. Abram_____

Special Master