**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 07-cv-00600-PAB

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC. – DENVER d/b/a D.R. HORTON – TRIMARK SERIES, et al.,

    Defendants.

## ORDER

    This matter comes before the Court on Mid-Century Insurance Company's Motion for Summary Judgment [Docket No. 688] and Truck Insurance Exchange's Motion for Summary Judgment [Docket No. 689] seeking judgment on various defendants' cross-claims against them. In light of the Court's Order entered March 16, 2009 [Docket No. 786], whereby the Court dismissed all cross-claims against Mid-Century and Truck, their summary judgment motions are DENIED as moot.

    DATED March 19, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge