IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00600-PAB

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC. DENVER, d/b/a D.R. Horton-Trimark Series,
TIG INSURANCE COMPANY,
CONTINENTAL WESTERN INSURANCE COMPANY,
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
TRAVELERS INDEMNITY INSURANCE COMPANY,
EMPLOYERS MUTUAL CASUALTY COMPANY,
MOUNTAIN STATES MUTUAL CASUALTY COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
ASSURANCE COMPANY OF AMERICA,
MARYLAND CASUALTY COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,
ZURICH SPECIALITIES LONDON LIMITED,
UNITED STATES FIDELITY & GUARANTY COMPANY,
ST. PAUL FIRE & MARINE INSURANCE COMPANY,
UNITED SECURITY INSURANCE COMPANY,
STATE FARM FIRE & CASUALTY COMPANY,
FULCRUM INSURANCE COMPANY, a/k/a General Security Indemnity Company of Arizona,
INDIAN HARBOR INSURANCE COMPANY,
A.A.A. WATERPROOFING, INC.,
ARK CONSTRUCTION SERVICES, INC.,
B&D FOUNDATIONS, INC.,
BISCHOF & COFFMAN CONCRETE, LLC,
BISCHOF & COFFMAN CONSTRUCTION, LLC,
C&C SEAMLESS GUTTER COMPANY,
CONCRETE MANAGEMENT CORPORATION,
D&S LANDSCAPING LLC,
DIBO EXCAVATING, INC.,
DOVE CREEK ENTERPRISES, INC.,
FRANK'S FINISH GRADING, INC.,
FRONTIER WATERPROOFING, INC.,
J&K PIPELINE, INC.,

JEBCO HEATING & AIR CONDITIONING, INC.,
JM HARRISON MASONRY,
JOHNSON DIVERSIFIED, INC.,
JONES PLUMBING & HEATING, LLC,
KIEWIT WESTERN COMPANY CORPORATION,
KIOWA CREEK CONSTRUCTION, INC.,
LEVEL MASONRY, INC.,
LINFORD BROTHERS GLASS COMPANY,
PATTONY EXCAVATING, INC.,
R.G. INSULATION COMPANY,
SNOW'S CONCRETE FORMING, INC.,
SPECIALIST PAINT,
SPRIGG CONSTRUCTION, INC.,
T&K PAINTING, INC.,
THE COOLER CO., INC.
THOMCO DRYWALL ENTERPRISES, INC.,
Y-C CONCRETE OPTIONS, INC., and
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
VALLEY FORGE INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY,

    Defendants.

___

**ORDER**
___

This matter is before the Court on the Unopposed, Stipulated Motion to Dismiss Crossclaims with Prejudice [Docket No. 740] of the Travelers Entities. Special Master Donald E. Abram has recommended that the motion be granted [Docket Nos. 743 and 753]. The Court agrees with the recommendation. Accordingly, it is

**ORDERED** that the Unopposed, Stipulated Motion to Dismiss Crossclaims with Prejudice [Docket No. 740] is GRANTED. It is further

**ORDERED** that all cross-claims brought by defendants Travelers Indemnity Insurance Company, St. Paul Fire & Marine Insurance Company, and United States

Fidelity & Guaranty Company against defendant General Security Indemnity Company of Arizona are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 19, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge