IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00600-PAB

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, INC.,

    Plaintiff,

v.

D.R. HORTON, INC. DENVER, et al.,

    Defendants.

_____

**ORDER DIRECTING CLERK TO PAY SPECIAL MASTER INVOICE**
_____

    This matter is before me on the May 5, 2009 invoice of Special Master Donald E. Abram [Docket No. 804 filed May 5, 2009].  No objections have been filed.  In accordance with the Order Appointing Master [Docket No. 547], the Clerk of this Court is ordered to pay Special Master Donald E. Abram $18,975.00  from principal deposited in the Registry of this Court.

    DATED May 18, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge